163 So. 659

**FARMERS & MERCHANTS BANK v. J. A. SAWYER et al.**

**3 Div. 148.**

Supreme Court of Alabama.
Oct. 17, 1935.

H. C. Rankin, of Brewton, for petitioners.

. Leon G. Brooks, of Brewton, for respondent.

THOMAS, Justice.

Petition of J. A. Sawyer and Lillian M. Sawyer for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Farmers & Merchants Bank v. Sawyer et al., 26 Ala. App. 520, 163 So. 657.

Writ denied.

ANDERSON, C. J., and BROWN, and KNIGHT, JJ., concur.